UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| FRANCISCO ANTONIO CRUZ, | Case No. 3:24-cv-00552-MMD-CLB |
|---|---|
| Petitioner, | ORDER |
| v. | |
| TERRY ROYAL, *et al.*, | |
| Respondents. | |

Respondents seek a two-day extension of time to file a response to Francisco Antonio Cruz's 28 U.S.C. § 2254 petition for a writ of habeas corpus. (ECF No. 14.) The Court finds the request is made in good faith and not for the purposes of delay, and therefore, good cause exists to grant the extension.

It is therefore ordered that Respondents' motion for extension of time to file a response to the petition (ECF No. 14) is granted *nunc pro tunc*. The deadline is extended to July 11, 2025.

DATED THIS 10th Day of July 2025.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE