UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FRANCISCO ANTONIO CRUZ,<br><br>    Petitioner,<br>  v.<br><br>TERRY ROYAL, *et al.*,<br><br>    Respondents. | Case No. 3:24-cv-00552-MMD-CLB<br><br>ORDER |

Francisco Antonio Cruz asks the Court for a 14-day extension of time to file an amended pro se 28 U.S.C. § 2254 petition for a writ of habeas corpus. (ECF No. 31.) The Court granted an extension of time until October 13, 2025. (*See* ECF No. 30 at 2.) The Court finds good cause exists to grant the Motion.

It is therefore ordered that Petitioner's motion for extension of time to file an amended petition (ECF No. 31) is granted. Cruz now has up to and including October 14, 2025 to file his amended petition.

DATED THIS 29th Day of September 2025.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE