UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FRANCISCO ANTONIO CRUZ,<br><br>Petitioner,<br>v.<br><br>TERRY ROYAL,<br><br>Respondent. | Case No. 3:24-cv-00552-MMD-CLB<br><br>ORDER |

Respondents have filed a motion for a 45-day extension of time to file their response to Petitioner Francisco Antonio Cruz's amended petition. (ECF No. 37 ("Motion").) This is Respondents' first request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 37) is granted. Respondents have up to and including February 13, 2026 to file their response.

DATED THIS 29th Day of December 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE