UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FRANCISCO ANTONIO CRUZ, | Case No.: 3:24-cv-00552-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| TERRY ROYAL, | |
| Respondent. | |

Respondents have filed a motion for a 45-day extension of time to file their reply to their motion to dismiss. (ECF No. 41 ("Motion").) This is Respondents' first request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 41) is granted. Respondents have up to and including May 15, 2026, to file their reply.

DATED THIS 31st Day of March 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE